## D. E. VAUGHN v. THE STATE.

No. 654.     Decided May 25, 1910.

**Murder—Statement of Facts—Filing—Adjournment.**

Where, under the law the appellant would have had thirty days within which to file his statement of facts and bills of exception, but he obtained an order of the court to file same within twenty days after adjournment, but did not file same within said time, the same could not be considered on appeal.

Appeal from the District Court of Trinity. Tried below before the Hon. S. W. Dean.

Appeal from a conviction of murder in the second degree; penalty, seven years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*John A. Mobley,* Assistant Attorney-General, for the State.

RAMSEY, Judge.—On February 7 of this year appellant was, in the District Court of Trinity County, found guilty of murder in the second degree and his punishment assessed at confinement in the State penitentiary for a period of seven years.

The record shows that this term of court adjourned on the 25th day of February, 1910. We find in the record an order granting appellant twenty days after adjournment of the term of court within which to file statement of facts and bills of exception in the case. Without such order he would have had, under the law, thirty days within which to have filed such papers. The original statement of facts before us was filed on April 2 of this year, more than thirty days after the adjournment of the court. In this condition of the record we are not authorized to consider the statement of facts, and it appearing from the record that the indictment charges an offense against the laws of this State, in the absence of bills of exception and statement of facts, there is nothing which we can review and the judgment of the court below is affirmed.

*Affirmed.*